**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                              CASE NO.: 1:06-CR-008-SPM

KEHUA HU,

      Defendant.

_____/

**ORDER CONFIRMING RECEIPT OF STATUS REPORTS AND**
**CONFIRMING TRIAL DATE**

The Court has reviewed the parties' two Joint Memorandum of Status

(docs. 43 and 44).  Since the result of Defendant's psychiatric evaluation was

that she is competent to proceed (doc. 44), this trial will remain scheduled for

**August 6, 2007** at the United States Courthouse in Gainesville, Florida.

SO ORDERED this <u>twenty-fifth</u> day of June, 2007.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge