**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             CASE NO.: 1:06-CR-008-SPM

KEHUA HU,

    Defendant.
_____/

**ORDER GRANTING DEFENSE COUNSEL MOTION TO WITHDRAW AND
SCHEDULING HEARING**

    **THIS CAUSE** comes before the Court upon defense counsel's "Motion to Withdraw as Attorney of Record" (doc. 47) filed on July 19, 2007.  In support of the motion, defense counsel represents that irreconcilable conflicts of interest have prevented him from continuing his representation of Defendant Hu.

    On August 10, 2007, this Court held a hearing to investigate the basis of defense counsel's request to withdraw.  This Court found a genuine factual basis for counsel's request.  The relationship between Defendant Hu and defense counsel has deteriorated to such an extent that any zealous representation of Defendant Hu is impossible.  Therefore, the Court finds good cause to grant defense counsel's motion to withdraw.

    In order to ensure that Defendant Hu is properly represented, this Court

will have a status conference on August 28, 2007.  Defendant Hu has represented to the court that she will retain counsel and have her successor counsel present with her at the status conference.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defense counsel's motion to withdraw is hereby *granted*.

2. Status conference is set for ***Tuesday, August 28, 2007*** at ***1:30 pm***[1] at the United States Courthouse in Gainesville, Florida.

3. Defendant Hu shall retain counsel ***prior to August 28, 2007***.

4. The trial in this case remains set for ***Tuesday, September 4, 2007.***

**DONE AND ORDERED** this fifteenth day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

---

[1] Please note that this is a change from the time that was announced in open court on August 10, 2007.