**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO.: 1:06-CR-008-SPM

KEHUA HU,

    Defendant.
_____/

**ORDER OF REFERRAL FOR PLEA PROCEEDINGS**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

    The Court has been informed that the defendant in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

    **ORDERED AND ADJUDGED** that the above-captioned criminal case be referred to the Honorable Allan Kornblum , United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

    **DONE AND ORDERED** this thirteenth day of December, 2007.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge