UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 CASE NO.: 1:06-CR-008-SPM

KEHUA HU,

       Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 69) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **KEHUA HU**, to Counts 30 through 47, and Count 50 of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>fourth</u> day of January, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge