UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO.: 1:06-CR-008-SPM

KEHUA HU,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to for Continuance" (doc. 73), in which defense counsel requests a thirty-day (30) continuance in order for the United States Probation Office to complete their pre-sentence report. The Government has no objection to the granting of the motion. Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue(doc. 73) is hereby *granted*.

2.     Sentencing is reset for **Monday, April 7, 2008** at **1:30 pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>eleventh</u> day of January, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge