UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                     CASE NO.: 1:06-CR-008-SPM

KEHUA HU,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion for Continuance" (doc. 75), in which Defendant requests a thirty-day (30) continuance in order to accommodate the appearance of a competency expert who will appear at sentencing on Defendant's behalf. The Government has no objection to the granting of the motion. Finding good cause for the postponement, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 75) is hereby *granted*.

2.    Sentencing is reset for ***Monday, April 28, 2008*** at ***1:30 pm*** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>tenth</u> day of March, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge